## ADJUDGED IN THE

## SUPREME COURT OF VERMONT,

———⊂※⊂———

## A.

## ABATEMENT.

### *No.* 1.

**START** *against* **ROBINSON & RUBLEE.** *Franklin,* 1819.

A Writ will not abate, because the plaintiff, not being a freeholder, is the only person recognized for costs.

PLEA in Abatement, that plaintiff was not a freeholder, at the time of praying out the writ, and was the only person recognized for costs.

*Wetmore* for defendant. The former decisions of this Court, that a plaintiff might be recognized alone, were founded on the 45th section of the Judiciary Act, relating to *attachments,* and do not apply to this case, where plaintiff was not a *freeholder;* which comes under the 44th section.

But by the Court. The two sections are similar; in both cases, security shall be given, to the satisfaction of the authority signing the process; such authority is the sole judge, *for the purpose of issuing the process,* of the security he takes, and whatever security he deems satisfactory must answer the law.

*Judgment.* Defendants answer over.

Note.—The writ in this case issued previous to the Statute of 1818 on this subject, Page 75.